No. 957.—Pijuán, peticionario *v.* Corte de Distrito, etc., dmda. Jurisdicción original.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

No alegando la acusación que el peticionario sea un funcionario público municipal, sino un empleado municipal, y no apareciendo de ella cuáles son las funciones de ese empleo, no ha lugar a librar el auto de *certiorari* que interesa el acusado para que revisemos la resolución de la corte inferior negándose a declararse sin jurisdicción para conocer de la acusación presentada por el fiscal.